RECEIVED
IN LAKE CHARLES, LA

AUG 24 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOUANA BROWN AND RANDY FRIEDRICH, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED | : | DOCKET NO. 03-995 |
| VS. | : | JUDGE TRIMBLE |
| BROWN & WILLIAMSON TOBACCO CORP., ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion of Batus Retail Services, Inc. to Dismiss for Lack of Personal Jurisdiction [doc. #31] is hereby **GRANTED** and all claims against said Defendant are dismissed for lack of personal jurisdiction, reserving unto plaintiffs all rights against all other defendants.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of August, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE