RECEIVED
IN LAKE CHARLES, LA

SEP 1 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOUANA BROWN AND RANDY FRIEDRICH, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED | : | DOCKET NO. 03 CV 995 |
| VS. | : | JUDGE TRIMBLE |
| BROWN & WILLIAMSON TOBACCO CORP., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment [doc. #109] filed by Defendant, Brown & Williamson Tobacco Corporation is hereby **DENIED** except at to claims made under the Louisiana Unfair Trade & Consumer Protection Act.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment is **GRANTED** as to all claims of plaintiffs made under the LUTPA, and all such claims are dismissed with prejudice.

The Court has determined that there is no just reason for delay, and directs the entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to the dismissal of Plaintiffs' claims under the Louisiana Unfair Trade & Consumer Protection Act.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of September, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE